**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS GUILLERMO ROMERO BASTOS,**<br><br>***Petitioner*,**<br>**v.**<br><br>**MICHAEL WATKINS,** Warden of Camp East Montana; **MARY DE ANDA-YBARRA,** U.S. Immigration and Customs Enforcement Field Office Director; **DAVID J. VENTURELLA,** Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **MARKWAYNE MULLIN,** Secretary of the U.S. Department of Homeland Security; *and* **TODD BLANCHE,** U.S. Attorney General,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01273-DCG** |

**ORDER DISMISSING CASE AS MOOT**

A deportation officer declared under penalty of perjury that the government removed Petitioner Luis Guillermo Romero Bastos from the United States on July 22, 2026.[1] This case is therefore moot.[2]

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[3]

---

[1] Urquidi Decl., ECF No. 24-1, at 1.

[2] *See, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim to relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

[3] *See Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 13th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**